THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PATRICK D. LENARD,                    §
               Movant,        §
                       §
v.                                    §    No. 3:20-cv-585-B (BT)
                       §
UNITED STATES OF AMERICA,              §
               Respondent.    §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September

23, 2021, the Court finds that the Findings and Recommendation of the Magistrate Judge are

correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT**

**IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge are accepted.

**SO ORDERED** this 12th day of October, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE